**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Rescue Concepts, Inc., Relator

Appellate case number:      01-16-00564-CV

Trial court case number:    2014-71749

Trial court:                270th District Court of Harris County

On July 18, 2016, relator, Rescue Concepts, Inc. ("RCI"), filed a petition for a writ of mandamus seeking to vacate the respondent trial judge's June 30, 2016 order granting third-party defendant Jones Lang LaSalle—Texas, Inc.'s motion to compel the production of RCI, because RCI claims it discloses confidential attorney-client communications, to direct the trial judge to enter an order denying such production, and to tax costs against real party in interest Jones Lang LaSalle—Texas, Inc. RCI included in its mandamus record, among other documents, an order signed by the respondent, on July 8, 2016, granting RCI's motion to stay, which would stay the June 30, 2016 order provided that RCI file a mandamus petition challenging that order by July 18, 2016.

With its petition, RCI also filed a motion for leave to file materials *in camera*, or alternatively, for an order requesting *in camera* materials to be transmitted from the trial court. RCI requests that this Court either order the trial clerk to transmit to this Court copies of the documents that were submitted *in camera* to the trial judge or else grant RCI leave to submit authenticated copies of the *in camera* documents to this Court.

Accordingly, we **grant** RCI's alternative motion to transmit the *in camera* documents to this Court. We **ORDER** the respondent, the Honorable Brent Gamble, presiding judge of the 270th District Court of Harris County, to direct the district clerk to make a copy of the documents RCI submitted *in camera* to the trial court onto a USB flash drive. We further **ORDER** the respondent to direct the district clerk to transmit this USB flash drive, via a courier or costs to be charged to RCI, to the Clerk of this Court in a sealed envelope marked, "Submitted For In Camera Review," with the above appellate cause number and style, **within 10 days of this order**. *Cf.* TEX. R. CIV. P. 193.4(a).

Furthermore, the Court requests a response to the petition for a writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 30 days** from the date of this order. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.


Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                            ☒ Acting individually    ☐ Acting for the Court

Date:  July 28, 2016